# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:17-mj-24-DSC |
| ) | |
| v. ) | |
| ) | |
| (2) BRYAN PERALTA ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Bryan Peralta in the Criminal Complaint in the above-captioned case without prejudice.

IT IS HEREBY ORDERED that the Motion be GRANTED and that the charges against Defendant Bryan Peralta in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: January 30, 2017

David S. Cayer
United States Magistrate Judge